# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theodore E Essenfeld, | No. CV-25-00293-TUC-JGZ (JR) |
| Petitioner, | **ORDER** |
| v. | |
| John Phelan, | |
| Respondent. | |

Pending before the Court is Petitioner Theodore E. Essenfeld's Request for the Court to expedite his request for an ex parte, temporary restraining order and his motion for a preliminary injunction. (Doc. 10.) Petitioner also requests an update on the status of his case. (*Id.*)

Petitioner is advised that on July 21, 2025, an Order was filed dismissing Petitioner's case. (Doc. 8.) The Clerk of the Court issued Judgment the same date. (Doc. 9.) Accordingly,

IT IS ORDERED that Petitioner's Request (Doc. 10) is **GRANTED** to the extent that this Order advises Petitioner of the status of this case.

Dated this 31st day of July, 2025.

Jennifer G. Zipps
Chief United States District Judge